UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

REBEL HOSPITALITY, LLC,

           Plaintiff,

- against -

REBEL HOSPITALITY, LLC,

           Defendant.

22-cv-3640 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The conference scheduled for July 14, 2022 is **canceled**. The plaintiff is reminded that the summons and complaint must be served on the defendant within 90 days of the date the complaint was filed. See Fed. R. Civ. P. 4(m).

SO ORDERED.

Dated:    New York, New York
            July 5, 2022

                                                John G. Koeltl
                                      United States District Judge