UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

REBEL HOSPITALITY, LLC,

           Plaintiff,

- against -

REBEL HOSPITALITY, LLC,

           Defendant.

22-cv-3640 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The time for the plaintiff to serve the summons and complaint on the defendant is extended to August 18, 2022. If the plaintiff does not file proof of service on the docket by that date, then the case may be dismissed for failure to prosecute.

SO ORDERED.

Dated:    New York, New York
           August 4, 2022

                                                  /s/ John G. Koeltl
                                                  John G. Koeltl
                                            United States District Judge